

# OFFICE OF
# THE ATTORNEY GENERAL
### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

January 15, 1947
See V-206 for change in fact situation

Honorable Carlos C. Ashley, Chairman
State Board of Control
Austin, Texas            Opinion No. V-27

Re: Whether or not the amount
remaining in the Texas
Centennial Fund, is now
available to purchase the
Dear Mr. Ashley:            French Embassy

      Your request for an opinion upon the above sub-
ject matter is as follows:

      "The Daughters of the Republic of Texas
sponsored House Bill No. 728, Acts of the
49th Legislature, which purported to
authorize the purchase of the French Embassy
Building and two and one-half acres out of
the Southeast part of Outlot No. 1 in Divi-
sion B, City of Austin, Texas, and appro-
priated all monies now in the Texas Centen-
nial Commission Funds, if and when available,
to apply on the purchase price of this pro-
perty. There is now the sum of $24,256.16
remaining in the Texas Centennial Fund.

      "Question: Is the $24,256.16 remain-
ing in the Texas Centennial Fund now
available to purchase the French Em-
bassy, and can the State Comptroller
legally issue a warrant for that pur-
pose?

      "Inasmuch as the Daughters of the Re-
public of Texas desire to sponsor such remedial
legislation as is necessary, in the light of
your opinion in this matter, and because the
Board of Control is the custodian of the title
of the French Embassy, if and when purchased, in
accordance with House Bill No. 728, we respect-
fully request your consideration of this matter
at your earliest convenience."

This Department in Opinion O-6522, addressed to Hon. Harley Sadler, House of Representatives, Austin, Texas, a copy of which opinion we hand you herewith, advises that the unexpended balance of the Congressional appropriation for the Texas Centennial could not be appropriated by the Legislature of Texas for the purpose of purchasing the French Embassy except conditioned upon its release by Congress for that purpose.

We think the advice there given was correct and adhere to the opinion mentioned.

### SUMMARY

The amount of money remaining in the Centennial Fund is not available for expenditure for the purchase of the French Embassy under H.B. 728 of the 49th Legislature, unless and until the Congress has approved the appropriation or in some way released the fund to the State of Texas.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By _Ocie Speer_
Ocie Speer
Assistant

OS/am/lh
encl.

APPROVED: January 15, 1947

_Price Daniel_
ATTORNEY GENERAL

Approved
Opinion Committee
BWB, Chairman